**Order entered September 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00864-CV

**JOHNATHAN HALTON AND CAROLYN HALTON, Appellants**

**V.**

**AMERICAN RISK INSURANCE COMPANY, JOHN T. PARKER CLAIMS-HOUSTON, INC., JOHN T. PARKER CLAIMS-LONGVIEW, INC., AND AARON MARTIN, Appellees**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-06385-B**

## ORDER

Appellants have tendered their brief and a letter requesting that the appeal be submitted without the reporter's record. We will treat the letter as a motion and, as such, we **GRANT** it. We **ORDER** the appeal submitted without the reporter's record.

We **ORDER** the appellants' brief received on September 9, 2015 filed as of the date of this order.

/s/     ELIZABETH LANG-MIERS
           JUSTICE